In the Matter of the Estate of MARY M. TAYLOR, Deceased. FLORENCE G. TIBBETTS, as Executrix of HARLAND B. TIBBETTS, Deceased, Appellant; TOM C. CLARK, Attorney General of the United States, as Successor to the Alien Property Custodian, Respondent.

Argued October 14, 1949; decided November 17, 1949.

*George A. Dickinson* for appellant.

*Joseph Laufer* and *James L. Morrisson,* attorneys, Department of Justice, *David L. Bazelon, Assistant Attorney General,* and *John F. X. McGohey, United States Attorney for the Southern District of New York,* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.